1  BENJAMIN B. WAGNER
   United States Attorney
2  JUSTIN L. LEE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  (916) 554-2700

**FILED**

NOV 07, 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK



5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  IN THE MATTER OF THE            )    2:13-SW-0729-EFB
    APPLICATION OF THE UNITED STATES )
12  OF AMERICA FOR A SEARCH WARRANT )
    CONCERNING:                     )
13                                  )    **ORDER RE: REQUEST TO UNSEAL**
                                    )    **SEARCH WARRANT AND SEARCH**
14                                  )    **WARRANT AFFIDAVIT**
    **South Sacramento Travel Lodge** )
15  **Mobile Home Park, 6025 Dias**   )
    **Avenue, Space #61, Sacramento,** )   **UNDER SEAL**
16  **California**                    )
                                    )
17                                  )
                                    )
18                                  )
                                    )
19  _____)

20      Upon application of the United States of America and good cause

21  having been shown,

22      **IT IS HEREBY ORDERED** that the file in the above-captioned matter

23  be, and is, hereby ordered unsealed.

24

25  DATED: November 7, 2013

26                           _____
27                           Hon. EDMUND F. BRENNAN
                             UNITED STATES MAGISTRATE JUDGE
28